## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**MONTI L. BELOT**
**Judge**

**111 U.S. Courthouse**
**401 N. Market**
**Wichita, Kansas 67202**
**(316) 269-6519**

October 15, 2009

Steven K. Gradert
Assistant Federal Public Defender
850 Epic Center
301 North Main Street
Wichita, Kansas 67202

Tanya J. Treadway
Assistant U.S. Attorney
290 U.S. Courthouse
444 S.E. Quincy
Topeka, Kansas 66683

     Re: United States v. Linda Kaufman, Case 04-40141-02

Dear Counsel:

     After speaking with each of you, Robert has informed me that you are available for a re-sentencing hearing on October 27 at 1:00 p.m. The government will have two witnesses. My general intention is to address the three enhancements noted in the Circuit's opinion but I do not believe I am limited to them. Rather, I believe the mandate permits de novo resentencing. See United States v. Keifer, 198 F.3d 798, 800-01 (10th Cir. 1999). Please let me know if you disagree. At this point, I expect to impose a sentence under the advisory guidelines. If that expectation changes, either before or as a result of something which happens on October 27, I will notify you accordingly.

     The October 27 setting technically may not meet the time requirements of Fed. R. Crim. P. 32 but you have told Robert that your respective sentencing memoranda (Docs. 575 and 576) will satisfy the rule's provisions regarding objections and comments to the PSR.

     Depending upon the government's evidence and other matters which may arise on October 27, I may need to prepare a written memorandum and order. The defendant should be prepared to state whether she wishes to be brought back so that the order can be read to her or whether she will waive such a formal reading.

                                    Very truly yours,

                                    s/ Monti Belot

                                    Monti L. Belot

MLB/sw

cc:  Bryce Beckett
     Dave Stevens