# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MONTI L. BELOT**
   Judge

**111 U.S. Courthouse**
**401 N. Market**
**Wichita, Kansas 67202**
**(316) 269-6519**

October 19, 2009

Steven K. Gradert
Assistant Federal Public Defender
850 Epic Center
301 North Main Street
Wichita, Kansas 67202

Tanya J. Treadway
Assistant U.S. Attorney
290 U.S. Courthouse
444 S.E. Quincy
Topeka, Kansas 66683

    Re: United States v. Linda Kaufman, Case 04-40141-02

Dear Counsel:

    Apparently my October 15 letter was confusing in the following respect: the sentence "At this point, I expect to impose a sentence under the advisory guidelines" was intended to state <u>within</u> the advisory guidelines.

                          Very truly yours,

                          s/ Monti Belot

                          Monti L. Belot

MLB/sw

cc:  Bryce Beckett